1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GERALD L. TUCKER,

11              Plaintiff,                    No. 2:13-cv-0279 KJM DAD P

12        vs.

13    PHILLIP CLINE et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.  Plaintiff has not filed a request to proceed in forma pauperis.  In his

18    complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations

19    took place in Tulare County, which is part of the Fresno Division of the United States District

20    Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

21              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.

25    /////

26    /////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2            1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4            2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6          United States District Court
             Eastern District of California
7          2500 Tulare Street
             Fresno, CA 93721

8

9  DATED: March 18, 2013.

10

11  _____

12  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

13  DAD:9
    tuck0279.22

14

15

16

17

18

19

20

21

22

23

24

25

26